

# Fourth Court of Appeals
## San Antonio, Texas

January 8, 2019

No. 04-18-00508-CV

**IN THE INTEREST OF J.T.G AND E.R.G., CHILDREN**,

From the 81st Judicial District Court, Atascosa County, Texas
Trial Court No. 17-04-0312-CVA
Honorable Melissa Uram-Degerolami, Judge Presiding

# O R D E R

Sitting:     Rebeca C. Martinez, Justice
             Luz Elena D. Chapa, Justice
             Irene Rios, Justice

Appellant has filed a document pro se. Our records show appellant is represented by counsel in this appeal. If an appellant is represented by counsel in an appeal, the appellant is not entitled to "hybrid representation," meaning that pro se filings present nothing for this rule on and we will only be able to respond to and rule on documents filed by appellant's attorney. *See In re S.V.*, No. 05-16-00519-CV, 2017 WL 3725981, at *13 (Tex. App.—Dallas Aug. 30, 2017, pet. denied) (op. on reh'g); *Gray v. Shipley*, 877 S.W.2d 806, 806 (Tex. App.–Houston [1st Dist.] 1994, orig. proceeding). We therefore take no action on the pro se filing.

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 8th day of January, 2019.

_____
KEITH E. HOTTLE,
Clerk of Court